IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VERNON JOHN BAKER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EVELYN GASPAR, RN; LOUIS NURSE SEMEATU, RN; LISA OGATA, RN; COURTNEY MORI, RN; DR. KARL AYER; DR. FRANCIS HAMADA,<br><br>　　　　　Defendants. | CIVIL NO. 16-00140 JAO-RLP<br><br>**AMENDED ORDER APPOINTING PRO BONO REPRESENTATION** |

## AMENDED ORDER APPOINTING PRO BONO REPRESENTATION

Having granted Plaintiff Vernon John Baker's Motion for Appointment of Counsel and referred this matter to the Civil Litigation Pro Bono Panel, Doc. No. 113, and having received Salina Kanai Althof, Esq.'s letter on March 22, 2018 accepting such appointment, Doc. No. 119, the court appointed Salina Kanai Althof, Esq., as Pro Bono Counsel on behalf of Plaintiff for the limited purpose of assisting Plaintiff in opposing Defendants' Motion for Summary Judgment.  Doc. No. 120.  The Court issued an Order to Show Cause on February 25, 2019, which relates to the service of process.  Doc. No. 174.  Ms. Althof has agreed to represent Mr. Baker on this issue.  The Court extends Ms. Althof's appointment to include representation for the Order to Show Cause and any related matters such as briefing the issue, conducting investigation as to the service of process, and

amending the Complaint.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, February 27, 2019.



　/s/　Jill A. Otake_____
Jill A. Otake
United States District Judge

Civil No. 16-00140 JAO-RLP; *Baker v. Gaspar*; AMENDED ORDER APPOINTING PRO BONO REPRESENTATION

2