IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| VERNON JOHN BAKER, | CIVIL NO. 16-00140 JAO-RLP |
|---|---|
| Plaintiff, | **SECOND AMENDED ORDER APPOINTING PRO BONO REPRESENTATION** |
| vs. | |
| EVELYN GASPAR, RN; LOUIS NURSE SEMEATU, RN; LISA OGATA, RN; COURTNEY MORI, RN; DR. KARL AYER; DR. FRANCIS HAMADA, | |
| Defendants. | |

## <u>SECOND AMENDED ORDER APPOINTING PRO BONO REPRESENTATION</u>

Having granted Plaintiff Vernon John Baker's Motion for Appointment of Counsel and referred this matter to the Civil Litigation Pro Bono Panel, Doc. No. 113, and having received Salina Kanai Althof, Esq.'s letter on March 22, 2018 accepting such appointment, Doc. No. 119, the court appointed Salina Kanai Althof, Esq., as Pro Bono Counsel on behalf of Plaintiff for the limited purpose of assisting Plaintiff in opposing Defendants' Motion for Summary Judgment. Doc. No. 120. On February 27, 2019, the Court extended Ms. Althof's appointment to include representation for the Order to Show Cause and any related matters. Doc. No. 175. In her March 25, 2019 letter, Ms. Althof requested expansion of her representation to assist Plaintiff in settlement negotiations. The Court extends Ms. Althof's appointment to include representation in settlement negotiations and

any related matters.

      IT IS SO ORDERED.

      DATED: Honolulu, Hawaiʻi, March 27, 2019.



     /s/ Jill A. Otake
Jill A. Otake
United States District Judge

CIVIL NO. 16-00140; *BAKER V. GASPAR*; SECOND AMENDED ORDER APPOINTING PRO BONO REPRESENTATION